John B. Hattier, Bernard A. Horton, New Orleans, La., for appellee.

Before JOHN R. BROWN, Chief Judge, and THORNBERRY and MORGAN, Circuit Judges.

PER CURIAM:

This Court having, on July 16, 1969, 413 F.2d 1040, vacated the judgment and remanded the above-named cause to the District Court with instructions to make findings of fact as provided in Rule 52 (a) and required by Rule 41(b), Federal Rules of Civil Procedure, and

It now being made to appear to this Court that such findings were made by the District Court on October 9, 1968, after notice of appeal to this Court was filed by appellant on July 29, 1968, the order of this Court remanding the cause to the District Court is hereby vacated.

After a perusal of all the evidence in the record, we conclude that the Findings of Fact and Conclusions of Law of the trial Judge were correct, and the appellant's assertions of error are without merit.

The judgment is affirmed.

John F. Wood, Jr., Huntington, W.Va. (Jenkins, Schaub & Fenstermaker, Huntington, W. Va., on brief), for appellants.

James W. St. Clair, Huntington, W. Va. (Marshall, Harshbarger & St. Clair, Huntington, W. Va., on brief), for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

This is a Miller Act case in which the jury returned a verdict in the amount of $8,463.34 in favor of the subcontractor.

After examination of the record and briefs and after hearing argument, we find no substantial error, and the judgment is

Affirmed.

■

**UNITED STATES ex rel. HUNTINGTON PIPING, INC., a corporation, Appellee,**

v.

**T. A. WARD, Jr., dba Ward Construction Company, and the Maryland Casualty Company, a corporation, Appellants.**

No. 13266.

United States Court of Appeals Fourth Circuit.

Argued Oct. 8, 1969.

Decided Oct. 14, 1969.

■

**Leonard Edward JORDAN, Appellant,**

v.

**The COUNTY OF MONTGOMERY, PENNSYLVANIA, and George C. Corson, Jr.**

No. 17902.

United States Court of Appeals Third Circuit.

Submitted on Briefs Oct. 6, 1969.

Decided Oct. 16, 1969.

See also 3 Cir., 404 F.2d 747.

Leonard Jordan, pro se.